```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS018494
Cashier ID: adenson
Transaction Date: 04/22/2013
Payer Name: Alan Ryan Engel

CIVIL FILING FEE
 For: Alan Ryan Engel
 Amount:         $350.00

CREDIT CARD
 Amt Tendered:  $350.00

Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

2:13-cv-00672

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```