UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALAN R. ENGEL, | Case No. 2:13-cv-00672-JAD-PAL |
| --- | --- |
| Plaintiff, | DISCOVERY PLAN AND SCHEDULING ORDER |
| v. | |
| JAN SIROKY, et al., | |
| Defendants. | |

This matter is before the court on the parties' failure to file a proposed stipulated discovery plan and scheduling order. Plaintiff Alan R. Engel filed the Complaint (Dkt. #1) on April 22, 2013. Defendant Walter Milgroom filed an Answer (Dkt. #6) May 7, 2013. On February 14, 2014 the district judge entered an Order (Dkt # 32) denying a number of pending motions for summary judgment. There has been no activity in this case since then.

Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within thirty days after the first defendant answered or otherwise appeared, and fourteen days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. The court will therefore enter a scheduling order. Given the age of this case and the lack of any activity to date the parties are advised they are unlikely to obtain any further extensions.

**IT IS ORDERED:**

1. The following discovery plan and scheduling order dates shall apply:
    a. The parties shall meet and/or confer as required by Fed. R. Civ. P. 26(f) not later than **4:00 p.m.**, **July 28, 2014**.
    b. Last date to complete discovery: **November 7, 2014.**
    c. Last date to amend pleadings and add parties: **August 11, 2014.**

1

      d.      Last date to file interim status report: **September 8, 2014.**

      e.      Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **September 8, 2014.**

      f.      Last date to disclose rebuttal experts: **October 8, 2014.**

      g.      Last date to file dispositive motions: **December 8, 2014.**

      h.      Last date to file joint pretrial order: **January 7, 2014.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty days after a decision of the dispositive motions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., October 17, 2014,** and shall fully comply with the requirements of LR 26-4.

Dated this 21st day of July, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE