UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALAN R. ENGEL, | Case No. 2:13-cv-00672-JAD-PAL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JAN SIROKY, et al., | |
| Defendant. | |

This matter is before the court on the parties' failure to comply with this court's Order (Dkt. #33) requiring the parties to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (Dkt #33) established a January 7, 2015 deadline for the parties to file the joint pretrial order. When the parties had not complied the court entered an Order (Dkt. #36) January 16, 2015, requiring the parties to file their joint pretrial order no later than 4:00 p.m., February 5, 2015, and further advised the parties that their failure to timely comply with the court's order might result in the imposition of sanctions up to and including a recommendation to the District Judge of any case dispositive sanctions.

Defendants Milgroom and Siroky each filed Motions for Summary Judgment (Dkt. ##37, 39) on January 26, 2015, and January 28, 2015, both advising that there has been no communication with Plaintiff since April 2013, and as such, the parties have never met and conferred as ordered and no discovery has been completed.

LR 16-3(c) states that, "[u]pon the initiative of counsel for plaintiff, counsel who will try the case and who are authorized to make binding stipulations shall personally discuss settlement and prepare and lodge with the Court a proposed joint pretrial order . . . ." It is Plaintiff's responsibility to initiate contact with Defendants to prepare and submit the joint pretrial order. Defendants have responded to the court's order by filing motions for summary judgment, but

1

Plaintiff has not responded at all, and according to Defendants has done nothing to prosecute this action. Accordingly,

**IT IS ORDERED** that:

1. Plaintiff shall show cause, in writing, **no later than February 25, 2015,** why sanctions should not be imposed for Plaintiff's:

    a. Failure to comply with the court's discovery plan and scheduling order;

    b. Failure to initiate settlement discussions with Defendants and prepare and submit a joint pretrial order;

    c. Failure to comply with this court's Order (Dkt. #33).

2. Filing the joint pretrial order on or before February 25, 2015 will satisfy the court that sanctions are not warranted, and no further response to this order to show cause shall be required. However, failure to file the joint pretrial order will result in the recommendation to the District Judge that this case be dismissed for Plaintiff's failure to prosecute this action, and failure to comply with this order and the courts prior orders (Dkt ## 33 & 36).

DATED this 11th day of February, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2