UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Alan Engel,<br><br>　　　　Plaintiff<br><br>v.<br><br>Jan Siroky et al.,<br><br>　　　　Defendants | Case No. 2:13-cv-672-JAD-PAL<br><br>**Order Dismissing Case for Want of Subject-matter Jurisdiction** |

Alan "Ari" Engel is a professional poker player who claims that the defendants defrauded him by making unauthorized use of his poker-tournament training facility, damaged his reputation and his school's value, left him unable to sell the school, and conspired to cause the entry of an unauthorized money judgment against him in Las Vegas Justice Court.[1]  A *sua sponte* review of the basis for federal jurisdiction in this case suggested that jurisdiction is lacking, and the court ordered Engel to show cause by July 3, 2015, why this case should not be dismissed for want of subject-matter jurisdiction.[2]  Engel did not respond to the order to show cause, and the court now dismisses this case for the reasons expressed therein.

Accordingly, because plaintiff did not demonstrate to this court by July 3, 2015, that the federal court has subject-matter jurisdiction over this case based on either a federal question or complete diversity of citizenship under the controlling legal principles, IT IS HEREBY ORDERED that this case is dismissed without prejudice for lack of subject-matter jurisdiction.  All pending motions are denied as moot, and the Clerk of Court is directed to close this case.

DATED July 8, 2015

_____
Jennifer A. Dorsey
United States District Judge

---

[1] Doc. 1, 54.

[2] Doc. 56; FRCP 12(h)(3).